## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

STEWART LOGAN, CAROL TAUBEE,
and CLYDE WARD,

      Plaintiffs,

vs.                                                                          No. CIV 15-0785 JB/KK

THE PUBLIC EMPLOYEES RETIREMENT
ASSOCIATION, THE PUBLIC EMPLOYEES
RETIREMENT ASSOCIATION BOARD,
PATRICIA FRENCH, PAULA FISHER,
ROMAN JIMENEZ, JACKIE KOHLASCH,
LOUIS MARTINEZ, DAN MAYFIELD,
LORETTA NARANJO LOPEZ, and
JOHN REYNOLDS, in their official capacities,

      Defendants.

## AMENDED FINAL JUDGMENT[1]

    **THIS MATTER** comes before the Court on the Stipulation of Voluntary Dismissal with

Prejudice of Defendants the Public Employees Retirement Association, the Public Employees

Retirement Association Board, Patricia French, Paula Fisher, Roman Jimenez, Jackie Kohlasch,

Louis Martinez, Dan Mayfield, Loretta Naranjo Lopez, and John Reynolds, filed March 8, 2016

(Doc. 28)("Voluntary Dismissal").  The Voluntary Dismissal dismissed the Plaintiffs Stewart

Logan, Carol Taubee, and Clyde Ward's claims against all Defendants.  See Voluntary Dismissal

at 1.  Accordingly, the Court enters final judgment.

---

[1]The Court earlier entered a Final Judgment in this matter.  See Final Judgment, filed
March 31, 2016 (Doc. 29)("First Final Judgment").  The Court is amending the First Final
Judgment, because it incorrectly dismissed this action without prejudice.  This Amended Final
Judgment clarifies that this action is dismissed with prejudice, as per the parties' stipulation.  See
Stipulation of Voluntary Dismissal with Prejudice of Defendants the Public Employees
Retirement Association, the Public Employees Retirement Association Board, Patricia French,
Paula Fisher, Roman Jimenez, Jackie Kohlasch, Louis Martinez, Dan Mayfield, Loretta Naranjo
Lopez, and John Reynolds at 1, filed March 8, 2016 (Doc. 28).

**IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Marc M. Lowry
Rothstein, Donatelli, Hughes, Dahlstrom & Schoenburg, L.L.P.
Albuquerque, New Mexico

     *Attorneys for the Plaintiffs*

David Anthony Roman
Charles H. Rennick
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

     *Attorneys for the Defendants*